UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:14-cv-00034-FDW-DCK

| | |
|---|---|
| SANDHURST-COLLINS, LLC, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>TRAVELERS CAUSALTY INSURANCE )<br>COMPANY OF AMERICA )<br>)<br>Defendant. ) | ORDER |

**THIS MATTER** is before the Court sua sponte, regarding the status of the case. The Court has been advised by counsel in this case that the parties have settled all matters in controversy among them. Therefore, this matter is DISMISSED subject to the right of any party to file a motion to reopen the case should settlement not be consummated by January 2, 2015. The Clerk is respectfully directed to CLOSE this case. The parties are directed to file their Stipulation of Dismissal on or before January 2, 2015.

**IT IS SO ORDERED.**

Signed: December 3, 2014

Frank D. Whitney
Chief United States District Judge